UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY DOESCHER and DENNIS DOESCHER, a marital community,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>YAKIMA HEALTH DISTRICT, a municipal Corporation,<br><br>　　　　　　　　　Defendant. | No.  CV-12-3067-EFS<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND CLOSING FILE** |

　　　On June 26, 2013, the parties filed a Motion for Voluntary Dismissal, ECF No. 24, and related Motion to Expedite, ECF No. 25. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A), **IT IS HEREBY ORDERED**:

　　　1.　The stipulated Motion for Voluntary Dismissal, **ECF No. 24**, and related Motion to Expedite, **ECF No. 25**, are **GRANTED.**

　　　2.　All claims are **DISMISSED** with prejudice, and all parties are to bear their own costs and attorneys' fees.

　　　3.　All pending motions are **DENIED as MOOT**, and hearing dates are **STRICKEN.**

　　　4.　This file shall be **CLOSED.**

　　　**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this order and to provide copies to counsel.

　　　**DATED** this ___27th___ day of June 2013.


　　　　　　　　　　　　s/ Edward F. Shea
　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　Senior United States District Judge

Q:\EFS\Civil\2012\3067.stip.dism.lc1.dotm

ORDER CLOSING FILE - 1